1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| NEW ENGLAND COUNTRY FOODS, LLC, a Vermont Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>VANLAW FOOD PRODUCTS, INC., a California corporation;<br><br>　　　　Defendants. | Case No.: 8:21-cv-01060-DOC-ADS<br><br>**JUDGMENT FOLLOWING ORDER GRANTING DEFENDANT VANLAW FOOD PRODUCTS, INC.'S MOTION TO DISMISS** [36] |

- 1 -

On January 20, 2022, Docket No. 35, on Motion of VANLAW FOOD PRODUCTS, INC., a California corporation ("Defendant") brought under F.R.C.P. 12(b)(6), the Court entered an Order **DISMISSING** this action **WITH PREJUDICE** for failure to state a claim upon which relief may be granted.

Judgment is accordingly entered in favor of Defendant and against Plaintiff NEW ENGLAND COUNTRY FOODS, LLC, a Vermont Limited Liability Company ("Plaintiff").  Attorney fees and costs to be determined pursuant to motion.

Dated:   February 1, 2022

                                                                Hon. DAVID O. CARTER
                                                 UNITED STATES DISTRICT JUDGE